

**ATTORNEYS AT LAW**

- DAN SIEGEL
- ALAN S. YEE
- JANE BRUNNER
- KEVIN BRUNNER
- SONYA Z. METHA
- EMILYROSE JOHNS

**OF COUNSEL**

- ANNE BUTTERFIELD WEILLS

September 12, 2017

The Honorable Joseph C. Spero,
U.S. District Court Chief Magistrate Judge
Northern District of California – San Francisco
450 Golden Gate Ave.,
San Francisco, CA 94102

Re: *Richard Perkins, III, et al. v City of Oakland, et al.*
U.S.D.C Northern District Case No. 3:16-cv-04324-LB
***T.D.P. v City of Oakland, et al.*** *(Related Case)*
U.S.D.C Northern District Case No. 3:16-cv-04132-LB

Dear Hon. Judge Spero:

Please accept this request for my client, Richard Perkins III, to be excused from attending the settlement conference in the above-referenced matters scheduled for September 18, 2017.

Mr. Perkins is currently incarcerated at the Sacramento County Jail. Ada Perkins-Henderson, his grandmother and co-plaintiff, will attend the settlement conference and she has settlement authority for herself and for Mr. Perkins in this matter. Plaintiffs' counsel is fully briefed on Mr. Perkins' settlement posture.

Defendants have agreed that Mr. Perkins may be absent for the conference under these circumstances.

Thank you for your consideration of plaintiffs' request.

Very truly yours,

EmilyRose Johns