Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Robert S. Moutrie (SBN: 295250)
rmoutrie@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants CITY OF OAKLAND;
ALLAHNO HUGHES; JONATHAN CAIRO;
JOSHUA BARNARD; SEAN WHENT

Noel Edlin (SBN: 107796)
nedlin@behblaw.com
Andre R. Hill (SBN: 143007)
ahill@behblaw.com
Bassi, Edlin, Huie & Blum LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile:  (415) 397-1339

Attorneys for Defendant
JOSEPH TURNER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| T.D.P., a minor through her mother and Next Friend, Andrea Dupree, individually and as successor in interest for Richard Hester Perkins, Jr. Deceased,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CITY OF OAKLAND, a public entity, CITY OF OAKLAND POLICE CHIEF SEAN WHENT in his individual and official capacities, SERGEANT JOSEPH TURNER, OFFICERS JONATHAN CAIRO, JOSHUA BARNARD, ALLAHNO HUGHES, and DOES 1-10, Jointly and Severally,<br><br>　　　　　Defendants. | Case No. 3:16-CV-04132-LB<br>[Related to Case No. 3:16-CV-04324-LB]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND EXTEND EXPERT DISCOVERY**<br><br>Judge:　Hon. Laurel Beeler<br>Date:　June 14, 2018<br>Time:　9:30<br>Crtrm.:　C, 15th Floor<br><br>Trial Date:　May 6, 2019 |

| | |
|---|---|
| RICHARD PERKINS, III, son of RICHARD PERKINS, JR., deceased, and ADA PERKINS-HENDERSON,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, a public entity, SERGEANT JOSEPH TURNER, OFFICERS JONATHAN CAIRO, JOSHUA BARNARD, ALLAHNO HUGHES, and DOES 1-10, Jointly and Severally,<br><br>      Defendants. | Case No. 3:16-CV-04324-LB<br>[Related to Case No. 3:16-CV-04132-LB] |

**STIPULATION**

The Parties in the above-entitled action, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On May 30, 2018, Counsel for CITY OF OAKLAND, OFFICERS JONATHAN CAIRO, JOSHUA BARNARD, and ALLAHNO HUGHES, (collectively "Oakland Defendants", or "Defendants" with Defendant TURNER), David Mehretu, represented to Plaintiffs' counsel that lead counsel for the Oakland Defendants, Blake Loebs, would be unexpectedly out of the office for medical reasons beginning immediately and continuing for at least several weeks.

2. The hearing on Defendants' Motion for Summary Judgment (Dkt. No. 75 in *Perkins* matter, Dkt. No. 94 in *T.D.P.*, respectively), is presently set to be heard on June 14, 2018 at 9:30 a.m. (Dkt. Nos. 78 and 97 in *Perkins* and *T.D.P.*, respectively.)

3. In light of Defendants' lead counsel's out of office status, Defendants requested, and Plaintiffs agreed, that the hearing on Defendants' Motion for Summary Judgment should be continued by approximately two months.

4. Due to this, and other intervening scheduling conflicts, the Parties agree that the hearing on Defendants' Motion for Summary Judgment should be continued from June 14, 2018 to September 6, 2018 at 9:30 a.m.

5. A Case Management Conference is also scheduled for June 14, 2018, at 11 a.m. (Dkt. Nos. 81 and 101.)

6. Due to the foregoing contemplated change to the Motion for Summary Judgment hearing, the Parties also agree that the June 14, 2018 Case Management Conference should be continued from June 14, 2018 to September 6, 2018 at 11:00 a.m.

7. The close of expert discovery is currently July 2, 2018.  (Dkt. Nos. 78 & 97.)

8. Due in part to the aforementioned scheduling changes, the Parties wish to conduct expert depositions after the current close of expert discovery of July 2, 2018.  The Parties, therefore, agree that the close of expert discovery should be continued from July 2, 2018 to October 31, 2018.

9. Based on the foregoing, the Parties respectfully request that the Court: (1) continue the hearing on Defendants' Motion for Summary Judgment from June 14, 2018 to **September 6, 2018, at 9:30 a.m.**; (2) continue the Case Management Conference from June 14, 2018 to **September 6, 2018, at 11 a.m.**; and (3) continue the close of expert discovery from July 2, 2018 to **October 31, 2018**.

IT IS SO STIPULATED.

DATED: May 31, 2018                MEYERS, NAVE, RIBACK, SILVER & WILSON

By:    /s/ David Mehretu
David Mehretu
Attorneys for Defendants CITY OF OAKLAND;
ALLAHNO HUGHES; JONATHAN CAIRO;
JOSHUA BARNARD; SEAN WHENT

DATED: May 31, 2018                HADDAD & SHERWIN LLP

By:    /s/ Maya Sorensen
Maya Sorensen
Attorneys for Plaintiff
T.D.P.

DATED: May 31, 2018                BASSI, EDLIN, HUIE & BLUM LLP

By:    /s/ Andre R. Hill
Andre R. Hill
Attorneys for Defendant
JOSEPH TURNER

1  DATED:  May 31, 2018                    SIEGEL & YEE

2

3
                                    By:        /s/ EmilyRose Johns
4                                          EmilyRose Johns
                                           Attorneys for Plaintiffs
5                                          RICHARD PERKINS, III and ADA PERKINS-
                                           HENDERSON
6

7  **Attestation of Concurrence In The Filing (Local Rule 5-1(i)(3))**

8    The filer, David Mehretu, attests that all other signatories listed on whose behalf this filing

9  is submitted concur in the filing's content and have authorized the filing.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the Parties, which is recited above, and good cause in support thereof, that:

1) The hearing on Defendants' Motion for Summary Judgment will be continued from June 14, 2018 to **September 6, 2018, at 9:30 a.m.**;

2) The June 14, 2018 Case Management Conference will be continued to **September 6, 2018, at 11 a.m.**; and

3) The close of expert discovery shall be extended from July 2, 2018 to **October 31, 2018**.

IT IS SO ORDERED.

Dated: June 1, 2018

Hon. Laurel D. Beeler
DISTRICT COURT MAGISTRATE JUDGE

2971196.1