MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff
T.D.P.

DAN SIEGEL (State Bar No. 56400)
EMILYROSE JOHNS (State Bar No. 294319)
SIEGEL & YEE & BRUNNER
475 Fourteenth Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiffs
RICHARD PERKINS, III
and ADA PERKINS-HENDERSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.D.P., a minor through her mother and Next Friend, Andrea Dupree, individually and as successor in interest for RICHARD HESTER PERKINS JR., Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a public entity, CITY OF OAKLAND POLICE CHIEF SEAN WHENT in his individual and official capacities, SERGEANT JOSEPH TURNER, OFFICERS JONATHAN CAIRO, JOSHUA BARNARD, ALLAHNO HUGHES, and DOES 1-10, Jointly and Severally,<br><br>Defendants. | No: 3:16-cv-04132-LB<br><br>**PLAINTIFFS UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>**Date**: September 27, 2018<br>**Time**: 9:30 a.m.<br>**Place**: Courtroom C - 15th Floor, 450 Golden Gate Ave., San Francisco, CA 94102<br><br>**Judge**: Laurel Beeler<br><br>**Case Filed**: August 1, 2016<br>**Trial Date**: May 6, 2019 |

No. 3:16-cv-04132 and 3:16-cv-04324-LB: UPDATED JOINT CASE MANAGEMENT STATEMENT

| | |
|---|---|
| RICHARD PERKINS, III, son of RICHARD PERKINS, JR., deceased, and ADA PERKINS-HENDERSON, <br><br>       Plaintiff, <br><br>vs. <br><br>CITY OF OAKLAND; JOSEPH TURNER, individually and in his official capacity as a sergeant for the police department of the City of Oakland; JONATHAN CAIRO, individually and in his official capacity as an officer for the police department of the City of Oakland; JOSHUA BARNARD, individually and in his official capacity an officer for the police department of the City of Oakland; and ALLAHNO HUGHES, individually and in his official capacity as an officer for the police department of the City of Oakland, <br><br>       Defendants. | No: 3:16-cv-04324-LB <br><br>**PLAINTIFFS UPDATED JOINT CASE MANAGEMENT STATEMENT** |

No. 3:16-cv-04132 and 3:16-cv-04324-LB: UPDATED JOINT CASE MANAGEMENT STATEMENT

**1.     Outstanding Issues:**

Plaintiffs file this separate case management conference statement due to a disagreement between the parties about whether or not next week's case management conference should be continued. The parties conferred throughout the day yesterday in an attempt to reach a reasonable compromise about Defendants' third request to continue various hearing and case management dates. Defendants would not agree to Plaintiffs' request that the case management conference only remain on calendar, and the parties remained at an impasse into the late evening hours with lead counsel for Plaintiff T.D.P. in the Eastern Time Zone. (See Doc. 132 re Plaintiff T.D.P.'s notice of unavailability). Plaintiffs' counsel requested that Defendants allow Plaintiffs to add our comments to a joint statement to be filed today, however, we have not received a response.

Plaintiffs understand that Defendants seek leave from the Court to continue both the case management conference hearing as well as the hearing on Defendants' motion for summary judgment due to lead counsel Blake Loeb's indefinite leave, beginning on September 10, 2018. Plaintiffs respectfully request that the Court maintain the date of the current case management conference, scheduled for September 27, 2018. Plaintiffs are amenable to continuing the motion for summary judgment, and have communicated this to Defendants. However, the parties have not had a case management conference since November 9, 2017, and Plaintiffs believe a case management conference is necessary to discuss outstanding issues with the Court as soon as possible. This is especially pressing to counsel for all Plaintiffs considering that the next date on which the Court holds case management conferences where all Plaintiffs' counsel will be available is November 28, 2018.

Plaintiffs have already accommodated several of Defendants' requests to continue both the hearing on the motion for summary judgment as well as the expert discovery cutoff date. On May 31, 2018, Plaintiffs agreed to stipulate to continuing both the motion for summary judgment and expert discovery cutoff due to City of Oakland lead trial counsel Blake Loeb's medical leave. (Doc. 130.) Then, on September 10, 2018, Plaintiffs again agreed to continue the expert discovery cutoff. (Doc. 133.) City of Oakland Defendants are again asking that Plaintiffs continue both the motion

for summary judgment and expert discovery cutoff as well as all currently scheduled expert depositions.  Plaintiffs will agree to continuing the currently scheduled expert depositions, the motion for summary judgment, and the expert discovery cutoff date.  However, Plaintiffs believe it is eminently reasonable to ask that Defendants participate in the currently scheduled case management conference where no party will be asked to argue a motion or a point of contention, but instead discuss pretrial matters and the possible change in counsel by City of Oakland Defendants.  Given the length of time since the last CMC hearing, as well as serious developments in party representation, it is necessary to keep this scheduled case management conference.  Additionally, the pretrial conference is set on April 28, 2019 with trial to start on May 6, 2019.  The next time all Plaintiffs' counsel are available is November 28, 2018, which would be a full year since the previous case management hearing and only four months from the pretrial conference.

      Plaintiffs remain willing to continue the motion for summary judgment given Defendants' predicament, but we ask that the Court keep the case management conference date so we can have a discussion about scheduling and pretrial issues, and possible further ADR.  Further, because Defendants have previously failed to negotiate in good faith, Plaintiffs further request that the person(s) in the Oakland City Attorney's office with responsibility, and decision-making authority attend next week's case management conference so that an attorney for Defendants will be present at the CMC with authority to bind Defendants as to future pretrial dates, expert discovery issues, and other matters including further ADR.

      By the date of the case management conference, Defendants will have had over two weeks, and very likely a lot longer given that they have known about Mr. Loebs' serious illness for a number of months, to come to a decision about the steps they would like to take considering Mr. Loebs' now indefinite absence. These constant continuances have inflicted a lot of costs on Plaintiffs because counsel have had to prepare for scheduled expert depositions only to have them rescheduled.  The only request Plaintiffs make at this time is to allow the currently scheduled case management conference to go forward.

No. 3:16-cv-04132 and 3:16-cv-04324-LB: UPDATED JOINT CASE MANAGEMENT STATEMENT     2

**2.	Joint Statement on Case Progress and Developments**

Plaintiffs are set to depose two of Defendants' experts, Craig Fries on October 11, 2018 and Kris Mohandie on October 12, 2018.  Defendants are set to depose Plaintiffs' police practices expert John Ryan on October 12, 2018.  However, Plaintiffs understand that Defendants desire to reschedule these depositions. Plaintiffs will again accommodate Defendants' request.

On February 20, 2018, Defendants filed a joint summary judgement motion and Plaintiffs responded on April 3, 2018.  The hearing on the motion for summary judgment is scheduled to occur on September 27, 2018, the same day as the case management conference, however, it is Plaintiffs understanding that Defendants will seek to continue the motion for summary judgment as well as the case management conference.

**3.	ADR**

At this time, there are no further settlement conferences or mediations scheduled, however, Plaintiffs are willing to participate in ADR when Defendants are willing to negotiate in good faith.

DATED: September 21, 2018	HADDAD & SHERWIN, LLP.

	/s/ *Maya Sorensen*
	Maya Sorensen
	Attorneys for Plaintiff
	T.D.P.

DATED: September 21, 2018	Siegel & Yee

	 /s/ *EmilyRose Johns*
	EmilyRose Johns
	Attorneys for Plaintiffs
	Perkins and Henderson

No. 3:16-cv-04132 and 3:16-cv-04324-LB: UPDATED JOINT CASE MANAGEMENT STATEMENT	3