1  BARBARA J. PARKER, City Attorney – SBN 069722
   MARIA BEE, Chief Assistant City Attorney – SBN 167716
2  DAVID A. PEREDA, Special Counsel – SBN 237982
   COLIN BOWEN, Supervising Trial Attorney – SBN 152489
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-3601, Fax: (510) 238-6500

5  Attorneys for Defendant
   CITY OF OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| Perkins, et al.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF OAKLAND, et. al.<br><br>　　　　　Defendants. | Case No. 3:16-cv-04324-LB<br><br>**NOTICE OF CHANGE IN COUNSEL** |

Dated: December 24, 2018

　　　　　　　　　　　　　　　BARBARA J PARKER, City Attorney
　　　　　　　　　　　　　　　MARIA BEE, Chief Assistant City Attorney
　　　　　　　　　　　　　　　DAVID A. PEREDA, Special Counsel
　　　　　　　　　　　　　　　COLIN BOWEN, Supervising Trial Attorney

　　　　　　　　　　　　By: _____/s/ Colin Bowen_____
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　CITY OF OAKLAND

PLEASE TAKE NOTICE that Colin Bowen, previously counsel for the City of Oakland is leaving the City of Oakland and will no longer represent the aforementioned defendants as of December 21, 2018. Barbara Parker, Maria Bee, and David Pereda continue to represent the City of Oakland and City Defendants in this litigation. Accordingly, please direct all future correspondence, notices of electronic filings, pleadings and/or other court documents for the City of Oakland or City Defendants to the following addresses:

BARBARA J PARKER, City Attorney
MARIA BEE, Chief Assistant City Attorney
DAVID A. PEREDA, Special Counsel
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Phone: (510) 238-3601; Fax: (510) 238-6500

Dated: December 24, 2018

Respectfully submitted,

BARBARA J PARKER, City Attorney
MARIA BEE, Chief Assistant City Attorney
DAVID A. PEREDA, Special Counsel
COLIN BOWEN, Supervising Trial Attorney

By: ___/s/ Colin Bowen___
    Colin Bowen
ATTORNEYS FOR CITY OF OAKLAND